UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WANYEMA MITAMBO,<br><br>       Plaintiff,<br><br>    v.<br><br>UR M. JADDOU, in her official capacity as Director of United States Citizenship and Immigration Services, ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, and RENA BITTER, in her official capacity as Assistant Secretary of State for Consular Affairs,<br><br>       Defendants. | Case No.: 1:24-cv-00161-CWD<br><br><br>**ORDER GRANTING THE FIFTH UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT AND TO FILE THE JOINT LITIGATION AND DISCOVERY PLAN** |

The Fifth Unopposed Request for an Extension of Time (ECF No. 30) having come before the Court and good cause appearing therefor. IT IS HEREBY ORDERED:

- that the deadline for Defendants' Response to Plaintiff's Complaint should be and is hereby, EXTENDED until March 17, 2025; and

- that the deadline for the parties' Joint Litigation and Discovery Plan is EXTENDED until April 7, 2024; and,

- that the telephonic scheduling conference previously set for January 9, 2025, and all associated deadlines, is VACATED, to be reset by separate notice.

Dated: **November 21, 2024**

Candy W. Dale
United States Magistrate Judge

**ORDER - 1**